IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PHYLLIS KISER,                  :    CONSOLIDATED UNDER
                                :    MDL 875
                                :
        Plaintiff,              :    CIVIL ACTION
                                :    NO. 11-60039
        v.                      :
                                :    Transferred from the Western
                                :    District of Virginia
A.W. CHESTERTON CO., et al.,    :
                                :
        Defendants.             :


**O R D E R**

**AND NOW**, this **16th** day of **March, 2011**, it is hereby **ORDERED**

that the Motions to Dismiss of Defendants Trane U.S., Inc. (doc.

no. 10), SEPCO, Inc. (doc. no. 17), CBS Corp. (doc. no. 14),

Georgia-Pacific Corp. (doc. no. 18), Foster Wheeler Corp., Riley

Power, Inc., Goulds Pumps, Inc. (doc. no. 25 & 26), Ingersoll-

Rand Co. (doc. no. 15), John Crane, Inc. (doc. no. 22), Rapid

American Corp., General Electric Co., Warren Pumps, and Harsco

Industrial Patterson Kelley, are **GRANTED**.


**AND IT IS SO ORDERED.**



                                    **S/Eduardo C. Robreno**

                                    **EDUARDO C. ROBRENO, J.**