# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHYLLIS H. KISER,** ) | Consolidated Under |
| ) | MDL 875 |
| **Plaintiff,** ) | |
| ) | Civil Action |
| ) | No. 2:11cv60039 |
| v. ) | |
| ) | Transferred from the Western |
| ) | District of Virginia |
| **A.W. CHESTERTON CO., ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration, any opposition thereto, and the entire record herein, it is hereby

ORDERED

That the Court's March 16, 2011 Order Granting Defendants' Motions to Dismiss is VACATED; and it is hereby further

ORDERED

That the Motions to Dismiss of Defendants Trane U.S., Inc. (doc. no.10), SEPCO, Inc. (doc. no.17), CBS Corp. (doc. no.14), Georgia-Pacific Corp. (doc. no.18), Foster Wheeler Corp., Riley Power, Inc., Goulds Pumps, Inc. (doc. no. 25 & 26), Ingersoll-Rand Co. (doc. no.15), John Crane, Inc. (doc. no.22), Rapid American Corp., General Electric Co., Warren Pumps, and Harsco Industrial Patterson Kelley are DENIED.

AND IT IS SO ORDERED.

_____
**Eduardo C. Robreno, J.**