# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYLLIS H. KISER, ) | Consolidated Under |
| ) | MDL 875 |
| Plaintiff, ) | |
| ) | Civil Action |
| ) | No. 2:11cv60039 |
| v. ) | |
| ) | Transferred from the Western |
| ) | District of Virginia |
| A.W. CHESTERTON CO., ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Rule 5:40 of the Rules of the Supreme Court of Virginia, the following question of law is hereby certified to the Supreme Court of Virginia:

**(1) Nature of the controversy in which the question arises**

This is an asbestos personal injury case arising under Virginia law that is pending in federal court based on diversity of citizenship. The plaintiff's decedent, Orvin Kiser, Sr., was diagnosed with an asbestos-related non-malignant disease in 1988 (non-malignant pleural thickening and asbestosis) and was diagnosed with mesothelioma on November 9, 2009.

**(2) Question of law to be answered**

The question of law certified is whether the statute of limitations began to run on the claim for mesothelioma when Mr. Kiser was diagnosed with a non-malignant disease in 1988 or instead first began to run on November 2009, when he was first diagnosed with mesothelioma.

**(3) All facts relevant to the questioned certified**

Plaintiff's decedent, Orvin Kiser, Sr., was diagnosed with an asbestos-related non-malignant disease in 1988 (non-malignant pleural thickening and asbestosis) and was later diagnosed with mesothelioma on November 9, 2009. Mesothelioma is a separate and distinct injury from non-malignant pleural thickening and asbestosis. The latter cannot be said to "cause" the former and, indeed, the two have separate and distinct disease processes. Additionally, while pleural thickening and asbestosis are dose-related illnesses, mesothelioma is not dependent upon the quantum of exposure to asbestos.

**(4) Names of each of the parties involved**

>Phyllis H. Kiser, Executrix of the Estate of Orvin H. Kiser, Sr., Deceased
>A.W. Chesterton Company
>Crane Packing Company
>Crown Cork & Seal Company, Inc.
>Exxon Mobil Corporation
>Foster Wheeler Corporation
>General Electric Company
>General Refractories Company
>Georgia-Pacific Corporation
>Goulds Pumps, Inc.
>Harsco Industrial Patterson-Kelley
>Ingersoll-Rand Company
>John Crane, Inc.
>Metropolitan Life Insurance Company
>Rapid American Corporation
>Riley Power, Inc.
>SEPCO, Inc.
>Trane U.S., Inc.
>Uniroyal, Inc.
>CBS Corporation
>Warren Pumps, LLC
>Zenith Pumps

**(5) Names, Virginia State Bar number, mailing address, telephone number (including any applicable extension), facsimile number (if any), and email address (if any) of counsel for each of the parties involved**

| | |
|---|---|
| R. Thomas Radcliffe, Jr., Esq. (VSB No. 34711)<br>Kay Millicent Brown, Esq. (VSB No. 30764)<br>Kira A. Ligato, Esq. (VSB No. 51055)<br>DeHay & Elliston, LLP<br>36 S. Charles Street, Suite 1300<br>Baltimore, MD 21201<br>Phone: 410-783-7225<br>Fax: 410-783-7221<br>**Goulds Pumps, Inc.**<br>rtr@dehay.com<br>kbrown@dehay.com<br>kligato@dehay.com | Jeffrey Poretz, Esq. (VSB No. 27399)<br>Carl R. Schwertz, Esq. (VSB No. 38529)<br>Miles & Stockbridge, PC<br>1751 Pinnacle Drive, Suite 500<br>McLean, VA 22102-3833<br>Phone: 703-903-9000<br>Fax: 703-610-8686<br>**Georgia Pacific Corporation**<br>jporetz@milestockbridge.com<br>cschwertz@milesstockbridge.com |

| | |
|---|---|
| Richard. W. Boone, Sr., Esq.(DC Bar No. 50906)<br>Boone & Associates, PC<br>10195 Main Street, Suite D<br>Fairfax, VA 22031-3415<br>Phone: 703-934-2780<br>Fax: 703-934-2785<br>**Crown Cork & Seal Co., Inc.**<br>rwboone@aol.com | Albert H. Poole, Esq. (VSB No. 19709)<br>Huff, Poole & Mahoney, P.C.<br>4705 Columbus Street<br>Virginia Beach, VA 23462<br>Phone: 757-499-1841<br>Fax: 757-552-6016<br>**Trane US Inc.**<br>apoole@hpmlaw.com |
| Anthony B. Taddeo, Jr., Esq. (VSB No. 70677)<br>Matthew D. Joss, Esq. (VSB No. 48434)<br>David M. Sturm, Esq. (VSB No. 44580)<br>Taddeo & Sturm, PLC<br>3 West Cary Street<br>Richmond, VA 23220<br>Phone: 804-344-8540<br>Fax: 804-344-8541<br>**Foster Wheeler Corporation**<br>**General Electric Company**<br>taddeo@taddeosturm.com<br>joss@taddeosturm.com<br>sturm@taddeosturm.com | Patricia Bugg Turner, Esq. (VSB No. 72775)<br>M. F. Connell Mullins, Jr., Esq. (VSB No. 47213)<br>Henry N. Ware, Jr., Esq. (VSB No. 22832)<br>Spotts Fain, PC<br>411 East Franklin Street, Suite 600<br>P.O. Box 1555<br>Richmond, VA 23218-1555<br>Phone: 804-697-2000<br>Fax: 804-697-2100<br>**Ingersoll-Rand Company**<br>**CBS Corporation**<br>pturner@spottsfain.com<br>cmullins@spottsfain.com<br>hnware@spottsfain.com |
| Martin A. Conn, Esq. (VSB No. 39113)<br>Eric G. Reeves, Esq. (VSB No. 38149)<br>Brian J. Schneider, Esq. (VSB No. 45841)<br>C. Stinson Munday, Esq. (VSB No. 71214)<br>Moran Reeves & Conn PC<br>4110 E. Parham Road<br>Richmond, VA 23228<br>Phone: 804-421-6250<br>Fax: 804-421-6251<br>**A.W. Chesterton Company**<br>**Crane Packing Company**<br>**John Crane, Inc.**<br>mconn@mrcpclaw.com<br>ereeves@mrcpclaw.com<br>bschneider@mrcpclaw.com<br>smundy@mrcpclaw.com | Bruce T. Bishop, Esq. (VSB No. 16029)<br>Stephen R. Jackson, Esq. (VSB No. 27471)<br>Joyce Jackson Wood, Esq. (VSB No. 19969)<br>Willcox & Savage, PC<br>440 Monticello Avenue, Suite 2200<br>Norfolk, VA 23510-2243<br>Phone: 757-628-5500<br>Fax: 757-628-5566<br>**Exxon Mobil Corporation**<br>**Rapid-American Corporation**<br>**Riley Power, Inc.**<br>**SEPCO, Inc.**<br>bbishop@wilsav.com<br>sjackson@wilsav.com<br>jwood@wilsav.com |

| | |
|---|---|
| Geoffrey S. Gavett, Esq. (Federal Bar No. 01997)<br>Katherine S. Duyer, Esq. (Federal Bar No. 03045)<br>Gavett & Datt, PC<br>15850 Crabbs Branch Way, Suite 180<br>Rockville, MD 20855-2622<br>Phone: 301-948-1177<br>Fax: 301-948-4334<br>**Harsco Industrial Patterson-Kelley**<br>ggavett@gavettdatt.com<br>kduyer@gavettdatt.com | John P. Fishwick, Jr., Esq. (VSB No. 23285)<br>LichtensteinFishwick, PLC<br>Liberty Trust Building, Suite 400<br>101 South Jefferson Street<br>Roanoke, VA 24011<br>Phone: 540-343-9711<br>Fax: 540-343-9713<br>**Metropolitan Life Insurance Company**<br>jpf@vatrials.com |
| Timothy S. Brunick, Esq. (VSB No. 35783)<br>Clarke, Dolph, Rapaport, Hull, Brunick & Garriott, PLC<br>6160 Kempsville Circle, Suite 101A<br>Norfolk, VA 23502<br>Phone: 757-466-0464<br>Fax: 757-466-0834<br>**Warren Pumps, LLC**<br>tbrunick@clarkedolph.com | Joshua D. Scheets, Esq.<br>(Attorney ID No. 203015)<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>1845 Walnut Street, 13th Floor<br>Philadelphia, PA 19103<br>Phone: 215-575-2600<br>Fax: 215-575-0856<br>**Zenith Pumps**<br>jdscheets@mdwcg.com |
| Nathan D. Finch, Esquire (VSB No. 34290)<br>Motley Rice, LLC<br>1000 Potomac Street, NW, Suite 150<br>Washington, DC 20007<br>Phone : 202-232-5507<br>Fax: 202-232-5531 Fax<br>**Plaintiff**<br>nfinch@motleyrice.com | Gary W. Kendall, Esq. (VSB No. 15651)<br>J. Gregory Webb, Esq. (VSB No. 38157)<br>E. Kyle McNew, Esq. (VSB No. 73210)<br>Michie Hamlett Lowry Rasmussen & Tweel PLLC<br>500 Court Square, Suite 300<br>P.O. Box 298<br>Charlottesville, VA 22902-0298<br>Phone: 434-951-7200<br>Fax: 434-951-7218<br>**Plaintiff**<br>gkendall@michiehamlett.com<br>gwebb@michiehamlett.com<br>kmcnew@michiehamlett.com |

**(6) Brief statement explaining how the certified question of law is determinative of the proceeding in the certifying court**

If the statute of limitations on the plaintiff's decedent's claim for mesothelioma began to run in November of 2009 when he was diagnosed with mesothelioma, his claim was timely and the cause continues. However, if the statute of limitations began to run on the plaintiff's decedent's claim for mesothelioma when he was first diagnosed with an asbestos-related non-malignant disease or condition in 1988, the case is barred by Virginia's two year statute of limitations.

**(7) Brief statement of relevant decisions, if any, of the Supreme Court of Virginia and the Court of Appeals of Virginia and the reasons why such decisions are not controlling**

<u>Locke v. Johns Manville Corp.</u>, 275 S.E.2d 900 (Va. 1981).  This case is relevant but not controlling.  First, it did not involve a plaintiff with a second or subsequent asbestos-related disease.  Second, it was decided before the Virginia General Assembly amended the statute of limitations applicable to asbestos personal injury claims in 1985.  See Virginia Code Va. Code Ann. § 8.01-249(4) ("The cause of action in the actions herein listed shall be deemed to accrue as follows: . . . . 4. In actions for injury to the person resulting from exposure to asbestos or products containing asbestos, when a diagnosis of asbestosis, interstitial fibrosis, mesothelioma, or other disabling asbestos-related injury or disease is first communicated to the person or his agent by a physician.").

The Clerk shall take all steps necessary to transmit this Order to the Supreme Court of Virginia in compliance with Rule 5:40 of the Rules of that Court.

AND IT IS SO ORDERED.

        **Eduardo C. Robreno**
        **United States District Judge**

Entered this ___ day of _____, 2011
Philadelphia, Pennsylvania